[No. 37024-7-II.   Division Two.   January 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY K. ERWIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00614-1, Robert A. Lewis, J., entered November 30, 2007. *Reversed* and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong, J.; Quinn-Brintnall, J., dissenting.

[No. 27493-4-III.   Division Three.   April 29, 2010.]

MAJERUS CONSTRUCTION, INC., ET AL., *Respondents*, v. CARYL J. CLIFTON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 06-2-00710-8, Donald W. Schacht, J., entered September 29, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 61058-9-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN GONZALES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00213-3, James H. Allendoerfer, J., entered December 14, 2007. *Remanded* by unpublished per curiam opinion.

The prior unpublished opinion in this cause, which was filed on December 29, 2008 and noted at 147 Wn. App. 1057, was *withdrawn* by order of the Court of Appeals dated May 3, 2010.